UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/27/2022__

JOSEPH VOLMAN,

                    **Plaintiff,**

-against-

**ORIGINE LLC** and **166 ASSOCIATES INC.,**

                    **Defendants.**

22-cv-002 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    July 27, 2022
              New York, New York

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**